ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
████████████████████████ )    ASBCA No. 60656
)
Under Contract No. W91B4M-09-C-7355 )

APPEARANCE FOR THE APPELLANT:    ████████████████
    CEO

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    CPT Douglas A. Reisinger, JA
    Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 December 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60656, Appeal ████████████ ███████████ rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals